## Case No. 8,447.

### LOCKHART v. ROSS.

[Cited in Tunstall v. Worthington, Case No. 14,-239. Nowhere reported; opinion not now accessible.]